```
                           United States Bankruptcy Court
                             Middle District of Florida
In re:                                                            Case No. 15-02253-PMG
David Thomas Kanaszka                                             Chapter 7
Christianne Waldeck Kanaszka
         Debtors                   CERTIFICATE OF NOTICE
District/off: 113A-3         User: jmontero              Page 1 of 2                  Date Rcvd: May 19, 2015
                             Form ID: B9A                Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 21, 2015.
db/jdb        +David Thomas Kanaszka,    Christianne Waldeck Kanaszka,    236 St. Thomas St,
                Saint Augustine, FL 32095-9633
tr            +Alexander G. Smith,    2601 University Blvd., West,    Jacksonville, FL 32217-2112
25524831      +BCC Financial Services,    P.O. Box 590097,    Fort Lauderdale, FL 33359-0097
25524829      +Baptist Medical Center,    Post Office Box 3495,    Toledo, OH 43607-0495
25524836     ++CHOICE RECOVERY INC,    1550 OLD HENDERSON ROAD,    STE 100,    COLUMBUS OH 43220-3662
               (address filed with court: Choice Recovery,     PO Box 20790,    Columbus, OH 43220)
25524837      +Community Bay Club,    9009 Western Lake Drive,    Jacksonville, FL 32256-0709
25524842      +Department of Ed/Navient,    PO Box 9500,    Wilkes Barre, PA 18773-9500
25524847       EOS CCA,    PO Box 981025,    Boston, MA 02298-1025
25524845       Emergency Resources Group,    P. O. Box 11349,    Daytona Beach, FL 32120-1349
25524846      +Enhanced Recovery Co.,    PO Box 23870,    Jacksonville, FL 32241-3870
25524849     ++FINANCIAL CREDIT SERVICES,    PO BOX 90,    CLEARWATER FL 33757-0090
               (address filed with court: Financial Credit Services,     P.O. Box 90,
                Clearwater, FL 33757-0090)
25524848       Fair Collections & Outsourci,    12304 Baltimore Ave, Suite E,    Beltsville, MD 20705-1314
25524851      +Florida Anesthesia Assoc,    PO Box 5278,    Jacksonville, FL 32247-5278
25524852      +Gleen R. Mee,    9951 Atlantic Blvd,    Ste 153,   Jacksonville, FL 32225-6543
25524854      +Goliath Properties, LLC,    NE Fl Property Management,    PO Box 65417,
                Orange Park, FL 32065-0007
25524855       Hertz Local Edition,    HLE Insurance Dept 1139,    PO Box 121139,    Dallas, TX 75312-1139
25524856      +JEA - Public Utilities,    21 West Church Street,    Jacksonville, FL 32202-3158
25524857      +JP Morgan Chase,    PO Box 24696,    Columbus, OH 43224-0696
25524858      +Kahane & Associates, PA,    8201 Peters Road,    Suite 3000,    Fort Lauderdale, FL 33324-3292
25524859      +MG Credit,    Borland Groover Clinic,    5115 San Juan Ave,   Jacksonville, FL 32210-3137
25524863      +Novea Portfolio Management,    2124 NE 123rd St,    Suite 206,    Miami, FL 33181-2939
25524864       Pediatrix Medical Group,    PO Box 88087,    Chicago, IL 60680-1087
25524866      +San Pablo Associates, LLC,    Heist, Weisse, Davis & Wolk,    PO Box 2514,
                Fort Myers Beach, FL 33932-2514
25524869       St. Johns County Tax Collector,    Dennis W. Hollingswo,    Post Office Box 9001,
                Saint Augustine FL 32085-9001
25524868       UF Jacksonville Physicians,    PO Box 44008,    Jacksonville, FL 32231-4008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: nina@lafleurlaw.com May 19 2015 23:13:11      Nina M LaFleur,    2730 US 1 South,
                Suite Q,   St. Augustine, FL  32086
ust           +E-mail/Text: ustp.region21.or.ecf@usdoj.gov May 19 2015 23:14:22
                United States Trustee - JAX 13/7,    Office of the United States Trustee,
                George C Young Federal Building,    400 West Washington Street, Suite 1100,
                Orlando, FL 32801-2210
25524826       EDI: AFNIRECOVERY.COM May 19 2015 23:08:00      AFNI,    P. O Box 3517,
                Bloomington, IL 61702-3517
25524827       EDI: HNDA.COM May 19 2015 23:08:00      American Honda Financial,    P.O. Box 105027,
                Atlanta, GA 30348
25524828       EDI: ATTWIREBK.COM May 19 2015 22:58:00      AT&T U-verse,    P.O. Box 5014,
                Carol Stream, IL 60197-5014
25524833      +E-mail/Text: bankruptcy@cavps.com May 19 2015 23:15:18      Calvary Protfolio Services,
                500 Summit Lake Dr,    Ste 400,   Valhalla, NY 10595-2322
25524835      +EDI: CAPITALONE.COM May 19 2015 22:58:00      Capital One,    P. O. Box 30281,
                Salt Lake City, UT 84130-0281
25524834      +EDI: CAPITALONE.COM May 19 2015 22:58:00      Capital One,    P. O. Box 30253,
                Salt Lake City, UT 84130-0253
25524838      +EDI: CONVERGENT.COM May 19 2015 23:08:00      Convergent Oursourcing,    PO Box 9004,
                Renton, WA 98057-9004
25524839      +EDI: CCS.COM May 19 2015 23:08:00      Credit Collection Services,    Two Wells Avenue,
                Newton Center, MA 02459-3246
25524840      +EDI: RCSFNBMARIN.COM May 19 2015 22:58:00      Credit One Bank,    P. O. Box 98872,
                Las Vegas, NV 89193-8872
25524841      +EDI: NAVIENTFKASMDOE.COM May 19 2015 22:58:00      Department of Ed/Navient,    PO Box 9635,
                Wilkes Barre, PA 18773-9635
25524845       E-mail/Text: PBA_Legal@duvasawko.com May 19 2015 23:15:56      Emergency Resources Group,
                P. O. Box 11349,    Daytona Beach, FL 32120-1349
25524870       EDI: FLDEPREV.COM May 19 2015 22:58:00      Florida Dept. of Revenue,    Bankruptcy Unit,
                P.O. Box 6668,    Tallahassee, FL 32314-6668
25524853       EDI: PHINAMERI.COM May 19 2015 22:58:00      GM Financial,    P.O. Box 183123,
                Arlington, TX 76096-3123
25524860      +EDI: MID8.COM May 19 2015 23:08:00      Midland Funding LLC,    8875 Aero Dr,    Suite 200,
                San Diego, CA 92123-2255
25524867      +EDI: RMSC.COM May 19 2015 22:58:00      Synchrony Bank/Dillards,    PO Box 965024,
                Orlando, FL 32896-5024
25524862       E-mail/Text: ebn@nemours.org May 19 2015 23:14:44      Nemours Children's Clinic,
                P.O. Box 530253,    Atlanta, GA 30353-0253
```

```
District/off: 113A-3          User: jmontero              Page 2 of 2               Date Rcvd: May 19, 2015
                              Form ID: B9A                Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
25524871          +E-mail/Text: ustp.region21.or.ecf@usdoj.gov May 19 2015 23:14:22      United States Trustee,
                   135 W Central Blvd, Suite 620,   Orlando, FL 32801-2476
                                                                                                TOTAL: 19

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
25524832*        +BCC Financial Services,   P.O. Box 590097,   Fort Lauderdale, FL 33359-0097
25524830*        +Baptist Medical Center,   Post Office Box 3495,   Toledo, OH 43607-0495
25524843*        +Department of Ed/Navient,   PO Box 9500,   Wilkes Barre, PA 18773-9500
25524844*        +Department of Ed/Navient,   PO Box 9635,   Wilkes Barre, PA 18773-9635
25524850*       ++FINANCIAL CREDIT SERVICES,   PO BOX 90,   CLEARWATER FL 33757-0090
                  (address filed with court:  Financial Credit Services,   P.O. Box 90,
                    Clearwater, FL 33757-0090)
25524861*        +Midland Funding LLC,   8875 Aero Dr,   Suite 200,   San Diego, CA 92123-2255
25524865        ##+Portfolio Recovery,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                 TOTALS: 0, * 6, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2015 at the address(es) listed below:
              Alexander G. Smith    alex@agsmithtrustee.com, FL52@ecfcbis.com
              Nina M LaFleur    on behalf of Joint Debtor Christianne Waldeck Kanaszka nina@lafleurlaw.com,
               tracy@lafleurlaw.com
              Nina M LaFleur    on behalf of Debtor David Thomas Kanaszka nina@lafleurlaw.com,
               tracy@lafleurlaw.com
              United States Trustee - JAX 13/7    USTP.Region21.OR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

**FORM B9A** (Chapter 7 Individual or Joint Debtor No Asset Case) (03/14)     Case Number **3:15−bk−02253−PMG**

# UNITED STATES BANKRUPTCY COURT
Middle District of Florida

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on May 18, 2015 .
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

*Creditors – Do not file this notice with any proof of claim you submit to the court.*
**See Reverse Side For Important Explanations**

| | |
|---|---|
| Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address): | |
| David Thomas Kanaszka<br>236 St. Thomas St<br>Saint Augustine, FL 32095 | Christianne Waldeck Kanaszka<br>aka Christianne M Waldeck<br>236 St. Thomas St<br>Saint Augustine, FL 32095 |
| Case Number:<br>3:15−bk−02253−PMG | Social Security/Taxpayer ID/Employer ID/Other Nos.:<br>xxx−xx−2014<br>xxx−xx−5627 |
| Attorney for Debtor(s) (name and address):<br>Nina M LaFleur<br>2730 US 1 South<br>Suite Q<br>St. Augustine, FL 32086<br>Telephone number:  904−797−7995 | Bankruptcy Trustee (name and address):<br>Alexander G. Smith<br>2601 University Blvd., West<br>Jacksonville, FL 32217<br>Telephone number:  904−733−3822 |

### Meeting of Creditors
Debtor(s) must present Photo ID and acceptable proof of Social Security Number at § 341 meeting.
You are reminded that Local Rule 5073−1 restricts the entry of personal electronic devices into the Courthouse.

Date:  **June 26, 2015**        Time:  **08:30 AM**
Location:  **FIRST FLOOR, 300 North Hogan St. Suite 1−200, Jacksonville, FL 32202**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts:
August 25, 2015**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>300 North Hogan Street Suite 3−350<br>Jacksonville, FL 32202<br>Telephone number:  904−301−6490 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Lee Ann Bennett |
| Hours Open: Monday − Friday 8:30 AM − 4:00 PM | Date:  May 19, 2015 |

Notice is further given that effective on the date of the Petition, the United States Trustee appointed the above named individual as interim trustee pursuant to 11 USC § 701.

# EXPLANATIONS

FORM B9A (12/12)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. *Do not include this notice with any filing you make with the court.* |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint – or a motion if you assert the discharge should be denied under §727(a)(8) or (a)(9) –in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Challenge Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| —— Refer to Other Side for Important Deadlines and Notices —— | |
| Voice Case Info. System (McVCIS) | McVCIS provides basic case information concerning deadlines such as case opening and closing date, discharge date and whether a case has assets or not. McVCIS is accessible 24 hours a day except when routine maintenance is performed. To access McVCIS toll free call 1–866–222–8029. |