UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

In re:  Bankr. Case No. 15-02253-PMG-7

DAVID T. KANASZKA and CHRISTIANNE M WALDECK  Chapter 7
    Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By /s/ James Hogan, Jr.

James Hogan, Jr.
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

**Certificate of Service**

This Request for Notice was sent via first class mail to or served electronically on the following individuals on May 26, 2015 :

| | |
|---|---|
| NINA M LAFLEUR<br>2730 US 1 SOUTH<br>SUITE Q<br>ST AUGUSTINE, FL  32086 | Alexander G. Smith<br>2601 University Blvd., West<br>Jacksonville, FL 32217 |

By /s/ James Hogan, Jr.
James Hogan, Jr.

xxxxx58022 / 711569